IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| SAMUEL SAN MIGUEL, | ) |
| Plaintiff, | ) |
| v. | ) |
| JOHN COCHRAN, *et al.*, | ) |
| Defendants. | ) Civil Action No. 5:20-CV-041-C-BQ |

### ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising that the Court should grant Defendant Taylor Caldwell's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).[1]

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Defendant Taylor Caldwell's Motion to Dismiss is hereby **GRANTED** and Plaintiff's claims against said Defendant are **DISMISSED** with prejudice.

SO ORDERED this 28th day of September, 2020.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff has failed to file timely objections to the United States Magistrate Judge's report and recommendation and the time to do so has now expired.