IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| SAMUEL SAN MIGUEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN COCHRAN, *et al.*, | ) |
| | ) |
| Defendants. | ) Civil Action No. 5:20-CV-041-C-BQ |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising that the Court should grant Defendant Cynthia Jumper's Motion to Dismiss.[1]

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, it is **ORDERED** that Plaintiff's claims for monetary damages against Defendant Jumper in her official capacity are hereby **DISMISSED** without prejudice for lack of subject matter jurisdiction. It is further **ORDERED** that all remaining claims asserted against Defendant Jumper in her individual and official capacities be **DISMISSED** with prejudice.

SO ORDERED this 28th day of December, 2020.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff has failed to file timely objections to the United States Magistrate Judge's report and recommendation and the time to do so has now expired.